■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HENRY HARPER, Appellant. [783 NYS2d 291]—Appeal by the defendant from a judgment of the Supreme Court, Queens County (Rios, J.), rendered September 11, 2000, convicting him of robbery in the second degree and grand larceny in the fourth degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Contrary to the defendant's contention, the trial court's *Sandoval* ruling (*see People v Sandoval,* 34 NY2d 371 [1974]) constituted a provident exercise of discretion (*see People v Hegdal,* 266 AD2d 472 [1999]).

The defendant's remaining contentions are unpreserved for appellate review and, in any event, are without merit. Ritter, J.P., S. Miller, Goldstein and Lifson, JJ., concur.